United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-42101-nhl
532 Beach LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1  User: admin  Page 1 of 2
Date Rcvd: Jun 22, 2023  Form ID: pdf002  Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 532 Beach LLC, 95 Guernsey Street, Brooklyn, NY 11222-3111 |
| 10204531 | + | Dept Of Finance NYC, One Centre Street,, 22nd Floor, New York, NY 10007-1632 |
| 10204533 | + | Gross Polowy, 1775 Wehrle Drive, Williamsville, NY 14221-7093 |
| 10204535 | + | Guy R. Vitacco, Jr., Esq, 87-10 Queens Blvd, Elmhurst, NY 11373-4419 |
| 10204532 | + | NYC DEP, 59-17 Junction Blvd,, Queens, NY 11373-5108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2023 18:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 22 2023 18:19:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 22 2023 18:19:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 22 2023 18:19:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 22 2023 18:19:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + | Email/Text: karen.brown@treasury.gov | Jun 22 2023 18:19:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10204534 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 22 2023 18:19:00 | Bank of America, NA.,, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 10204530 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 22 2023 18:19:00 | PHH Mortgage, 5720 Premier Park Blvd., West Palm Beach, FL 33407-1610 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0207-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2023 | Form ID: pdf002 | Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

**Name** — **Email Address**

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                          :
                                                :    Case No. 23-42101-nhl
532 Beach LLC,                                  :
                                                :
                    Debtor.                     :    Chapter 11
------------------------------------------------------------- x

### NOTICE OF DIAL-IN INFORMATION FOR SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that initial section 341 meeting of creditors for the above-captioned chapter 11 case (the "Bankruptcy Case") will be conducted by telephone conference on **July 24, 2023, at 11:00 a.m.** (the "Designated Meeting Time").

Below please find (i) instructions for dialing into the telephonic 341 meeting, and (ii) pre-meeting instructions for the debtor's counsel and/or the debtor:

### Dial-in Information

The Debtor, debtor's counsel, and any creditors or other parties in interest who wish to attend the 341 meeting shall appear by telephone at the Designated Meeting Time by dialing the Meeting Phone Number listed below and when prompted entering the Participant Code and then entering the # sign:

- **Meeting Phone Number:**     866-919-4760

- **Participant Code:**     4081400

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

### Instructions for Testifying Debtors or Debtors' Representatives and Counsel:

No later than two (2) business days prior to the Designated Meeting time, debtor's counsel (or the debtor in the case of a *pro se* debtor who has filed its bankruptcy case without an attorney) is required to email to the undersigned trial attorney for the United States Trustee at Jeremy.S.Sussman@usdoj.gov: (i) a completed, signed and dated *Declaration In Connection With Telephonic 341 Meeting* on the form provided by the Office of the United States Trustee, and (ii) the following identification documents (the "Identification Documents"):

- **Individual Debtors**: If the debtor is an individual, an imaged copy of the debtor's photo identification and proof of the debtor's social security number;

- **Business Debtors**: If the debtor is a corporation, limited liability company or other business entity, an imaged copy of the photo identification of the debtor's representative who signed the debtor's petition, schedules and statement of financial affairs and will represent the debtor at the 341 meeting of creditors.

The Identification Documents must be provided to the United States Trustee via a secure method, i.e., portal, encrypted email, etc. Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings.

Dated: <u>June 21, 2023</u>　　　　　　　　　　WILLIAM K. HARRINGTON
　　　　New York, New York　　　　　　　　UNITED STATES TRUSTEE, REGION 2

　　　　　　　　　　　　　　　　　　　　　By: <u>/s/ Jeremy S. Sussman</u>
　　　　　　　　　　　　　　　　　　　　　　　Jeremy S. Sussman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　Alexander Hamilton Custom House
　　　　　　　　　　　　　　　　　　　　　　　One Bowling Green, Room 510
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004-1408
　　　　　　　　　　　　　　　　　　　　　　　Tel. No. (202) 573-6935
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 668-2255