United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-42101-nhl
532 Beach LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Jun 29, 2023      Form ID: pdfall      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 532 Beach LLC, 95 Guernsey Street, Brooklyn, NY 11222-3111 |
| 10204531 | + | Dept Of Finance NYC, One Centre Street,, 22nd Floor, New York, NY 10007-1632 |
| 10204533 | + | Gross Polowy, 1775 Wehrle Drive, Williamsville, NY 14221-7093 |
| 10204535 | + | Guy R. Vitacco, Jr., Esq, 87-10 Queens Blvd, Elmhurst, NY 11373-4419 |
| 10204532 | + | NYC DEP, 59-17 Junction Blvd,, Queens, NY 11373-5108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10204534 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 29 2023 18:23:00 | Bank of America, NA.,, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 10204530 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 29 2023 18:22:00 | PHH Mortgage, 5720 Premier Park Blvd., West Palm Beach, FL 33407-1610 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

District/off: 0207-1                    User: admin                    Page 2 of 2
Date Rcvd: Jun 29, 2023                 Form ID: pdfall                Total Noticed: 7
TOTAL: 1

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
```
In re: 532 Beach LLC                                    Chapter 11
                                                        Case No. 23-42101 - NHL

       Debtor.
```
---------------------------------------------------------x
```

### ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

532 Beach LLC, (the "Debtor") having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on June 14, 2023, and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be held on the Zoom platform by the undersigned Bankruptcy Judge on **August 1, 2023 at 3:30 P.M. ;** and it is further

**ORDERED,** that the parties interested in participating at the Case Management Conference shall register with the Court's eCourt Appearances platform as set forth on the Court's website [https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord](https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord) ; and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at the Case Management Conference and shall be prepared to address the following matters:

1. the nature of the Debtor's business and the reason for the Chapter 11 filing;
2. the Debtor's financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;

Case 1-23-42101-nhl    Doc 12    Filed 07/01/23    Entered 07/02/23 00:10:36

11. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to 11 U.S.C. § 362(d)(3) and whether the Debtor intends to commence adequate protection payments;
12. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by 11 U.S.C. § 1121(e);
13. if this is an individual Chapter 11 case, whether the Debtor anticipates satisfying the Bankruptcy Code requirements that apply to such cases;
14. the scheduling of additional Case Management Conferences; and
15. any other case administrative matters, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.



Dated: June 28, 2023
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge