United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-42101-nhl
532 Beach LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1  User: admin  Page 1 of 1
Date Rcvd: Jul 07, 2023  Form ID: pdfdat  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 532 Beach LLC, 95 Guernsey Street, Brooklyn, NY 11222-3111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                 Chapter 11

532 Beach LLC,

                                                 Case No. 23-42101-nhl

                             Debtor.
---------------------------------------------------------X

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE

**WHEREAS**, on June 14, 2023, 532 Beach LLC (the "Debtor"), *pro se*, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

**WHEREAS**, every chapter 11 bankruptcy petition must be accompanied by a filing fee in the amount of $1,738.00 (the "Filing Fee"), *see* Fed. R. Bankr. P. 1006; 11 U.S.C. § 1930(a), and failure to pay such filing fee may result in dismissal of this case pursuant to Rule 1017(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule(s)"); and

**WHEREAS**, to date, the Debtor has not paid the Filing Fee; and

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Debtor shall appear via Zoom on **August 1, 2023 at 3:30 p.m.** (EST) before the Honorable Nancy Hershey Lord, U.S.B.J., United States Bankruptcy Court, Eastern District of New York, and show cause as to why this case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) for failure to pay the Filing Fee; and it is further

**ORDERED**, that all participants (including attorneys and clients) shall register their appearances through the Court's eCourt Appearances program, by following the instructions set forth on the Court's website, at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord. Once

registered, an e-mail generated by eCourt Appearances with the Zoom dial-in number and video link for the hearing will be sent to each registrant prior to the hearing; and it is further

**ORDERED**, that the Clerk's Office serve a copy of this Order upon the Debtor, and the Office of the United States Trustee.



Dated: July 6, 2023
Brooklyn, New York

_Nancy Hershey Lord_
Nancy Hershey Lord
United States Bankruptcy Judge