# United States Bankruptcy Court
# Eastern District of New York

In Re: 532 BEACH LLC
Debtor(s)

Case No. 1:2023bk42101
Chapter 11

This is a request to Dismiss the Chapter 11 Bankruptcy case filed by the above debtor on June 14, 2023.

I am requesting the case be dismissed as soon as possible. Reason being is because we are able to pay off the debts against the debtor. Please dismiss the case as soon as possible so we can go forward in satisfying the debts.

Thank you,

532 Beach LLC
July 17, 2023